Certificate Number: 16339-PAE-DE-039794715

Bankruptcy Case Number: 25-12162



16339-PAE-DE-039794715

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 23, 2025, at 11:55 o'clock AM EDT, Alexander Guyea completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 23, 2025                                    By:      /s/Kelley Tipton

                                                        Name:  Kelley Tipton

                                                        Title:   Certified Financial Counselor